IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| James D. Pahoundis, | : |
| Plaintiff, | : Case No. 2:16-cv-826 |
| v. | : JUDGE ALGENON L. MARBLEY |
| Commissioner of Social Security, | : Magistrate Judge Jolson |
| Defendant. | : |

## OPINION & ORDER

On April 20, 2017, the United States Magistrate Judge issued a **Report and Recommendation** in this case (Doc. 16), recommending that judgment be entered in favor of the Defendant on its evaluation of the Plaintiff's physical and mental limitations, including: (a) psychotic disorders, Attention Deficit/Hyperactivity Disorder, mood disorder and personality disorder; and (b) alleged vision impairments.

The parties were specifically advised of their right to object to the Report and Recommendation within fourteen days and of the consequences of their failure to do so. No objection has been filed. Since neither party has objected, and the deadline for such objections elapsed on May 4, 2017, this Court **ACCEPTS** the Magistrate Judge's Report and Recommendation. This case is hereby **DISMISSED**.

**IT IS SO ORDERED.**

                                                                                    *s/ Algenon L. Marbley*
                                                                                  **ALGENON L. MARBLEY**
                                                                                   **UNITED STATES DISTRICT JUDGE**

**DATED: September 14, 2017**